Petition for Writ of Mandamus Denied and Memorandum Opinion filed
February 26, 2004









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed February 26, 2004.

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00135-CV

____________

 

IN RE DOUGLAS HUFF FLORES, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On February 18, 2004, relator filed a petition
for writ of mandamus in this court.  See
Tex. Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52.  In his petition, relator asks this court to
direct the presiding judge of the 183rd District Court in Harris County to rule
on various motions filed relating to his criminal conviction in cause number
900,159.  The Court of Criminal Appeals
granted relator an out-of-time appeal, and that appeal has been assigned to
this court and is currently pending under our appeal number 14-03-01379-CR.  Therefore, relator=s remedy lies in his appeal.

We deny relator=s petition for writ of mandamus. 

PER CURIAM








 

Petition Denied
and Memorandum Opinion filed February 26, 2004.

Panel consists of
Justices Fowler, Edelman and Seymore.